DIEMER & WEI, LLP
KATHRYN S. DIEMER, #133977
JULIA M. WEI, #218005
HENRY CHUANG, #250628
100 West San Fernando Street, Suite 555
San Jose, California    95113
Telephone: (408) 971-6270 / Facsimile: (408) 971-6271

Attorney for Plaintiff
DeNovo Medical, Inc. and Ronald Fry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DeNovo Medical, Inc. and Ronald Fry<br><br>Plaintiffs,<br><br>vs.<br><br>Biotronik, Inc., James Maldonado, Marlou Janssen, Jake Langer, Paul Woodstock, Peter Elia, Mike Iversen, Rich Rimmer, John Lacey, Mike Nitsch, Mike Boras, John Cain, Chris Mulvanny, and Does 1-50<br><br>Defendants. | Case №: 5:17-CV-04195-HRL<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS MOTIONS FOR ATTORNEYS' FEES<br><br>Date: August 8, 2018<br>Time: 10:00 A.M.<br>Dept: 2 – 17th Floor<br>Judge: William H. Orrick |

The parties seek an extension of time to permit Plaintiffs to fully brief their oppositions to Defendants' motions for attorney fees. Due to the numerous motions set by Defendants for the same day, Plaintiffs' counsels' preexisting personal commitments, and for the reasons as stated in the motion for extension, Plaintiffs have been unable to complete their oppositions prior to the deadline.

There have been no previous modifications to this motion in this case. Further, the modification to the deadlines for this motion will not impact the schedule for this case as judgment has already been issued and the case is closed.

Accordingly, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-2, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their undersigned attorneys, that:

(1) The time for Plaintiffs' opposition to the Defendants motions for attorney fees entered as docket numbers 85, 86, 87, 88, and 89, be extended from June 12, 2018 until July 3, 2018

(2) The time for Defendants' reply to Plaintiffs' opposition be extended from July 19, 2018 until July 17, 2018.

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND;
[PROPOSED] ORDER

-2-

5:17-CV-04195

96261425.1 0047984- 00041

DATED:  June 12, 2018     DIEMER & WEI, LLP


                          By: /s/ Kathryn S. Diemer
                          KATHRYN S. DIEMER
                          Attorneys for Plaintiffs
                          DeNovo Medical, Inc. and Ronald Fry

DATED:  June 12, 2018     STOEL RIVES LLP


                          By:/s/ Edward C. Duckers
                          EDWARD C. DUCKERS
                          TODD A. HANCHETT
                          MARGARET E. DALTON
                          Attorneys for Defendant
                          Biotronik, Inc.

DATED:  June 12, 2018     HUGHES HUBBARD & REED LLP


                          By: /s/ Rita M. Haeusler
                          RITA M. HAEUSLER
                          Attorneys for Defendants
                          James Maldonado, Marlou Janssen, Jake
                          Langer, Paul Woodstock, Mike Iversen, John
                          Lacey, Mike Nitsch, and Chris Mulvanny

DATED:  June 12, 2018     MAYNARD, CRONIN, ERIKSON,
                          CURRAN & REITER LLP


                          By: /s/ Michael D. Curran
                          MICHAEL D. CURRAN
                          Attorneys for Defendant Richard Rimmer

Stoel Rives LLP
Attorneys At Law
San Francisco

STIPULATION TO EXTEND;
[PROPOSED] ORDER                    -3-                    5:17-CV-04195

96261425.1 0047984- 00041

DATED: June 12, 2018     COAST LAW GROUP LLP


By: /s/ David A. Peck
    DAVID A. PECK
    Attorneys for Defendant Peter Elia

DATED: June 12, 2018     WINSTON & STRAWN LLP


By: /s/ Krista M. Enns
    KRISTA ENNS
    Attorneys for Defendant Mike Boras

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND;
[PROPOSED] ORDER                    -4-                    5:17-CV-04195

96261425.1 0047984- 00041

[PROPOSED] ORDER

Based upon the Stipulation of Dismissal filed by the parties, **IT IS ORDERED** as follows:

(1) Plaintiffs' time to respond to Defendants' motions for attorney fees be extended until July 3, 2018;

(2) Defendants' time to respond to respond to Plaintiffs' opposition to Defendants' motions for attorney fees be extended until July 17, 2018.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND;
[PROPOSED] ORDER          -5-          5:17-CV-04195

96261425.1 0047984- 00041